IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

INTERCEPT YOUTH SERVICES, INC., )
        Plaintiff, )
)
v. ) Case No. 3:18-cv-00901-MHL
)
KEY RISK INSURANCE COMPANY, )
        Defendant. )

## STIPULATION OF DISMISSAL

The parties, plaintiff, Intercept Youth Services, Inc., intervening party, Philadelphia Indemnity Insurance Company, and defendant Key Risk Insurance Company hereby stipulate to dismiss this action, without prejudice, under Rule 41(a)(1(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs.

INTERCEPT YOUTH SERVICES, INC.

By Counsel

John Janney Rasmussen
 VSB No. 45787
INSURANCE RECOVERY LAW GROUP PLC
3015 E. Broad Street
P.O. Box 38518
Richmond, Virginia 23231
Telephone: 804/308-1359
Facsimile: 804/304-1349
jjr@insurance-recovery.com

**SO ORDERED**

5/9/19 /s/ M. Hannah Lauck
M. Hannah Lauck
United States District Judge

Abingdon: 1078326-1

2

By: _____
John Janney Rasmussen

                          PHILADELPHIA INDEMNITY
                          INSURANCE COMPANY

                          By Counsel

Elisabeth L. Manuel
 VSB No. 41261
MORIN & BARKLEY LLP
455 Second Street S.E., Suite 200
Charlottesville, Virginia 22902
Telephone: 434/293-1200
Facsimile: 434/293-2135
elmanuel@morinandbarkley.com

By: _____
Elisabeth L. Manuel

                          KEY RISK INSURANCE COMPANY

                          By Counsel

W. Bradford Stallard
 VSB No. 28149
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
bstallard@pennstuart.com

By: _____
W. Bradford Stallard

Abingdon: 1078326-1